UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                  Chapter 11

MKJC AUTO GROUP, LLC,                                  Case No. 20-42283 (JMM)
d/b/a HYUNDAI OF LIC,
                                         Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the Debtor's Motion to Approve Month to Month Parking Space Lease in the above-referenced confirmed Chapter 11 case has been adjourned from March 3 2020 at 11:00 am to **March 10, 2021 at 11:00 am**, and will be held telephonically be Hon. Jil Mazer-Marino at Dial in Number 888-273-3658 and Access Code – 2872314.

**DATED**:   New York, New York
             February 24, 2021

                              Shafferman & Feldman LLP
                              Attorneys for MKJC Auto Group, LLC
                              137 Fifth Avenue, 9th Floor
                              New York, New York 10010
                              (212) 509-1802

                              By:    _/S/ Joel Shafferman_____
                                     Joel M. Shafferman (JMS – 1055)

1