UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                      Chapter 11

MKJC AUTO GROUP, LLC,                                       Case No. 20-42283 (JMM)
d/b/a HYUNDAI OF LIC,
                                Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the Debtor's Objection to Claim Number 2 in the above-referenced confirmed Chapter 11 case has been adjourned from March 3 2020 at 11:00 am to **April 7, 2021 at 2:00 pm**, and will be held telephonically be Hon. Jil Mazer-Marino at Dial in Number 888-273-3658 and Access Code – 2872314.

**DATED**:    New York, New York
                February 24, 2021

                                      Shafferman & Feldman LLP
                                      Attorneys for MKJC Auto Group, LLC
                                      137 Fifth Avenue, 9th Floor
                                      New York, New York 10010
                                      (212) 509-1802

                                      By:    /S/ Joel Shafferman_____
                                                Joel M. Shafferman (JMS – 1055)