UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                          Chapter 11

MKJC AUTO GROUP, LLC,            Case No. 20-42283 (JMM)
d/b/a HYUNDAI OF LIC,
                       Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE**, that the Debtor's Motion to Approve Month to Month Parking Space Lease in the above-referenced confirmed Chapter 11 case has been adjourned from March 3 2020 at 11:00 am to **March 10, 2021 at 11:00 am**, and will be held telephonically be Hon. Jil Mazer-Marino at Dial in Number 888-273-3658 and Access Code – 2872314.

**DATED**:      New York, New York
               February 24, 2021

                                             Shafferman & Feldman LLP
                                             Attorneys for MKJC Auto Group, LLC
                                             137 Fifth Avenue, 9th Floor
                                             New York, New York 10010
                                             (212) 509-1802

                            By:      /S/ Joel Shafferman_____
                                             Joel M. Shafferman (JMS – 1055)